Alexander Anolik, Esq., State Bar No. 042685
Alexander Anolik, A Professional Law Corporation
2107 Van Ness Avenue, Suite 200
San Francisco, CA 94109-2536
Telephone: (415) 673-3333
Facsimile: (415) 673-3548

Attorneys for Defendant
Renee Spiro

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0017-1-CRB |
| Plaintiff, | STIPULATION CONTINUING DATE SET FOR SENTENCING AND ORDER |
| vs. | Current Date: July 26, 2006<br>Proposed Date: September 13, 2006 |
| RENEE SPIRO, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, Assistant U.S. Attorney Robert David Rees, and defendant Renee Spiro, by and through her counsel of record Alexander Anolik, hereby stipulate jointly to the following:

1. That the sentencing date for defendant Renee Spiro be continued from July 26, 2006 to September 13, 2006 at 2:30 p.m. based on the request of defendant Spiro and agreement by the Federal Probation Department.

2. The Presentence Report cannot be completed in a timely fashion due to the fact that the counsel for Defendant Spiro is in the process of gathering material relevant to the report including reference letters from members of the community which has delayed the

-1-

presentence interview.

///

3. Defense counsel had spoken with defendant Renee Spiro and she agrees with the request for a continuance.

So Stipulated:

Robert David Rees
Assistant U.S. Attorney

Dated: 6/23, 2006                              By: _____

So Stipulated:

Alexander Anolik
Attorney for Defendant
Renee Spiro

Dated: 6-19, 2006                              By: _____

-2-

## ORDER

Based on the foregoing stipulation of counsel, and good cause having been shown:

IT IS HEREBY ORDERED that the date for sentencing herein is continued from July 26, 2006 to September 13, 2006 at 2:30 p.m.

Dated: July 5, 2006

By: _____
For HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT